UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                              Plaintiff,<br><br>              -against-<br><br>COURT OF APPEALS, et al.,<br><br>                              Defendants. | 20-CV-5356 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 16, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), and the February 14, 2020 order in *Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 16, 2020
         New York, New York

                                                    _____
                                                         COLLEEN McMAHON
                                                    Chief United States District Judge